**resurgent** capital services

IN THE UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF PENNSYLVANIA

IN PROCEEDINGS:

1822897

DEBTOR(S):

MARTIN E STEELE

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 8 IN THE AMOUNT OF $1,338.84

CREDITOR'S SIGNATURE:

/s/ Lore'l Thompson

CREDITOR CONTACT INFO:

CACH, LLC its successors and assigns as assignee of Capital One Bank (USA), N.A.

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

10/18/2022