IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Martin E. Steel, Sr. | : | Case No. 18-22897-GLT |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Chapter 13 | : | |
| Trustee | : | Related to Claim 1 |
| Movant(s) | : | Related to Document 73 |
| vs. | : | |
| Martin E. Steel, Sr., and Ally Financial | : | Hearing Date:  11/30/22 |
| | : | at 10:00 a.m. |
| Respondent(s) | : | |

CERTIFICATION OF NO OBJECTION REGARDING
MOTION FOR ORDER OF COURT APPROVING THE
TERMINATION OF PAYMENTS TO CREDITOR BASED
ON INFORMATION COLLATERAL WAS DAMAGED

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on October 21, 2022 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than November 10, 2022.

11/11/2022

/s/ Owen W. Katz
Owen W. Katz, PA I.D. 36473
Attorney for Chapter 13 Trustee
US Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
okatz@chapter13trusteewdpa.com