FILED
11/14/22 10:10 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Martin E. Steel, Sr.                    :    Case No. 18-22897-GLT
                                        :    Chapter 13
        Debtor(s)                       :
Ronda J. Winnecour, Chapter 13          :
Trustee                                 :    Related to Claim 1
        Movant(s)                       :    Hearing:
    vs.                                 :
Martin E. Steel, Sr., and Ally Financial :   Related to Docket No. 73
                                        :
        Respondent(s)                   :

**ORDER OF COURT**

AND NOW, this 14th Day of November, 2022, upon consideration of the foregoing MOTION FOR ORDER OF COURT APPROVING THE TERMINATION OF PAYMENTS TO CREDITOR BASED ON INFORMATION COLLATERAL WAS DAMAGED, and responses thereto, if any, it is hereby ORDERED that Trustee shall terminate further payments to Ally Financial on its secured Claim (POC #1, Trustee's CID 2) on account of the Trustee having received information that the Collateral was damaged, and Trustee shall close her payment record for the secured portion of the Creditor's Claim and shall distribute the funds currently on reserve for the secured Claim, or which would have otherwise been paid on account of the secured Claim under the plan, to general plan funding, including the augmentation of the POT for unsecured creditors as funds allow. Trustee is to pay the unsecured portion of the claim with the balance of the unsecured creditor class unless the Trustee subsequently receives information that that part of the claim was also paid. Debtors' counsel shall remain responsible for ensuring the release of the lien and delivery of the title (to the extent necessary to finalize the insurance adjustment) or otherwise in Debtor(s) interest.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22897-GLT |
| Martin E. Steele, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

**Recip ID        Recipient Name and Address**
db              + Martin E. Steele, Sr., 817 West Newton Road, Greensburg, PA 15601-2859

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2022            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:**

**Name                         Email Address**

Brian Nicholas
                             on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com

Daniel R. White
                             on behalf of Debtor Martin E. Steele  Sr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com

Leon P. Haller
                             on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
                             khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Lois M. Vitti
                             on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com  loismvitti@vittilaw.com

Office of the United States Trustee
                             ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Nov 14, 2022 | Form ID: pdf900 | Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

TOTAL: 7