**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
7/21/23 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  MARTIN E. STEELE, SR.<br><br>  Debtor(s)<br>Ronda J. Winnecour, Trustee<br>  Movant<br>   vs.<br>MARTIN E. STEELE, SR.<br><br>  Respondents | Case No.18-22897GLT<br><br>Chapter 13<br><br>Related to Docket No. 81 |

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  21st Day of July, 2023 , it is hereby ORDERED, ADJUDGED, and DECREED that,

Department Of Corrections
Attn: Payroll Manager/Debbie Haring
169 Progress Dr
Waynesburg,PA 15370

is hereby ordered to immediately terminate the attachment of the wages of MARTIN E. STEELE, SR., social security number XXX-XX-7340. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MARTIN E. STEELE, SR..

cc: Debtor(s)
    Debtor(s) Attorney

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22897-GLT |
| Martin E. Steele, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 21, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin E. Steele, Sr., 817 West Newton Road, Greensburg, PA 15601-2859 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Martin E. Steele Sr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lois M. Vitti | on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com loismvitti@vittilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Jul 21, 2023 | Form ID: pdf900 | Total Noticed: 1

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7