Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Martin E. Steele Sr.** | : | Case No. 18−22897−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 86 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 10/18/23 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this ***The 28th of August, 2023***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** (the "Motion") having been filed at Doc. No. 86 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

(1) ***On or before October 9, 2023***, any ***Response***, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on ***October 18, 2023 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's ***Certificate of Discharge Eligibility*** or ***Certificate of Financial Management*** is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22897-GLT |
| Martin E. Steele, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin E. Steele, Sr., 817 West Newton Road, Greensburg, PA 15601-2859 |
| 14884961 | + | Pennsylvania Housing Finance Agency, c/o Vitti Law Group, 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 29 2023 00:03:05 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:02:09 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:38 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| 14884954 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14886603 | | Email/Text: ally@ebn.phinsolutions.com | Aug 28 2023 23:36:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14911739 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:58 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 14921352 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:41:46 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14920732 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:38 | CACH, LLC its successors and assigns as assignee, of One Main Financial Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14884955 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 28 2023 23:36:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14884956 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:43 | Credit One Bank, c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14884957 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 28 2023 23:41:45 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14884958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 29 2023 00:02:42 | GE Capital Retail Bank, c/o Portfolio Recovery Assoc, 120 Corporate Blvd., Norfolk, VA 23502-4952 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14906117 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:01:51 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14884959 | + | Email/PDF: cbp@omf.com | Aug 28 2023 23:40:54 | One Main Financial, 312 Unity Plaza, Latrobe, PA 15650-3490 |
| 14885866 | + | Email/PDF: rmscedi@recoverycorp.com | Aug 28 2023 23:40:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14884960 | + | Email/Text: blegal@phfa.org | Aug 28 2023 23:38:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14905905 | + | Email/Text: ebnpeoples@grblaw.com | Aug 28 2023 23:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14920765 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 28 2023 23:40:39 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912149 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 28 2023 23:38:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14884962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:01:59 | SYNB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14884963 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 28 2023 23:40:58 | SYNCB/JCPENNEY, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14884964 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 29 2023 00:02:00 | Synchrony Bank/JCP, P. O. Box 965007, Orlando, FL 32896-5007 |
| 14884965 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 29 2023 00:02:41 | Verizon Wireless, c/o Pinnacle LLC/Resurgent, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14884966 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 28 2023 23:39:00 | Webank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2023            Signature:        /s/Gustava Winters

Case 18-22897-GLT    Doc 88    Filed 08/30/23    Entered 08/31/23 00:29:23    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 28, 2023 | Form ID: 604 | Total Noticed: 27 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian Nicholas | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Martin E. Steele Sr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lois M. Vitti | on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com loismvitti@vittilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7