IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
10/10/23 3:37 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    MARTIN E. STEELE, SR.

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:18-22897

Chapter 13

Related to Docket No. 86

ORDER OF COURT

AND NOW, this ___ 10th Day of October, 2023 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22897-GLT |
| Martin E. Steele, Sr. | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Martin E. Steele, Sr., 817 West Newton Road, Greensburg, PA 15601-2859 |
| 14884961 | + | Pennsylvania Housing Finance Agency, c/o Vitti Law Group, 333 Allegheny Avenue, Suite 303, Oakmont, PA 15139-2072 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 11 2023 04:42:26 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:28 | CACH, LLC its successors and assigns as assignee o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:59 | Pinnacle Credit Services, LLC its successors and a, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603, UNITED STATES 29603-0587 |
| 14884954 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 11 2023 04:32:00 | Ally, Payment Processing Center, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 14886603 | | Email/Text: ally@ebn.phinsolutions.com | Oct 11 2023 04:32:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14911739 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:27 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 14921352 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:28 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14920732 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:31 | CACH, LLC its successors and assigns as assignee, of One Main Financial Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14884955 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 11 2023 04:32:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14884956 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:27 | Credit One Bank, c/o LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14884957 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 11 2023 04:53:16 | First Premier Bank, 601 S. Minnesota Avenue, Sioux Falls, SD 57104-4868 |
| 14884958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 11 2023 04:42:42 | GE Capital Retail Bank, c/o Portfolio Recovery Assoc, 120 Corporate Blvd., Norfolk, VA 23502-4952 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2023 | Form ID: pdf900 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| 14906117 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:58 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14884959 | + | Email/PDF: cbp@omf.com | Oct 11 2023 04:42:31 | One Main Financial, 312 Unity Plaza, Latrobe, PA 15650-3490 |
| 14885866 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 11 2023 04:42:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14884960 | + | Email/Text: blegal@phfa.org | Oct 11 2023 04:33:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14905905 | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14920765 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:27 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14912149 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 11 2023 04:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14884962 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:38 | SYNB/Walmart, P.O. Box 965024, Orlando, FL 32896-5024 |
| 14884963 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:28 | SYNCB/JCPENNEY, P.O. Box 965007, Orlando, FL 32896-5007 |
| 14884964 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 11 2023 04:42:58 | Synchrony Bank/JCP, P. O. Box 965007, Orlando, FL 32896-5007 |
| 14884965 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 11 2023 04:42:44 | Verizon Wireless, c/o Pinnacle LLC/Resurgent, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14884966 | + | Email/Text: bnc-bluestem@quantum3group.com | Oct 11 2023 04:33:00 | Webank/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com |
| Daniel R. White | on behalf of Debtor Martin E. Steele Sr. lori@zeblaw.com;r63228@notify.bestcase.com;elisa@zeblaw.com |
| Leon P. Haller | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Lois M. Vitti | on behalf of Creditor Pennsylvania Housing Finance Agency nicole@vittilaw.com loismvitti@vittilaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7